IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02051-RPM

BOBBY WILLIAMS,

      Plaintiff,

v.

NANCY McCALLIN, in her individual and official capacity,
BARBARA McDONNELL, in her individual and official capacity,
CINDY HESSE, in her individual and official capacity,
WANDA COUSAR, in her official capacity,
PATRICIA A. ERJAVEK, in her official capacity,
LEDY GARCIA-ECKSTEIN, in her official capacity,
JENNIFER HOPKINS, in her official capacity,
BERNADETTE MARQUEZ, in her official capacity,
BARBARA McKELLAR, in her official capacity,
JERRY NICKEL, in his official capacity,
JOHN TREFNY, in his official capacity,
TAMRA J. WARD, in her official capacity, and
KRISTIN CORASH, in her individual and official capacity,

      Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE

_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **December 22, 2008, at 3:00 p.m.**

in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on December 18, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: November 7th, 2008

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge