IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02051-RPM

BOBBY WILLIAMS,

    Plaintiff,

v.

NANCY McCALLIN, in her individual and official capacity,
BARBARA McDONNELL, in her individual capacity,
CINDY HESS, in her individual capacity, and
KRISTIN CORASH, in her individual capacity,

    Defendants.

---

## ORDER TO AMEND CAPTION

Upon consideration of the Stipulated Motion to Amend Caption, it is

ORDERED that the caption is amended to correctly identify the defendants as Nancy McCallin, in her individual and official capacity, Barbara McDonnell, in her individual capacity, Cindy Hess, in her individual capacity, and Kristin Corash, in her individual capacity

Dated:    January 30, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge