IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02051-RPM

BOBBY WILLIAMS,

    Plaintiff,

v.

NANCY McCALLIN, in her individual and official capacity,
BARBARA McDONNELL, in her individual capacity,
CINDY HESS, in her individual capacity, and
KRISTIN CORASH, in her individual capacity,

    Defendants.

## ORDER TO AMEND SCHEDULING ORDER

    Upon consideration of Plaintiff's Unopposed Motion to Amend [15] Scheduling Order, filed May 22, 2009 [16], it is

    ORDERED that the motion is granted and the discovery cut-off deadline is now August 14, 2009 and the dispositive motions deadline is now October 15, 2009.

    Dated:    May 22nd, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge