IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02051-RPM-MJW

BOBBY WILLIAMS,

    Plaintiff,

v.

NANCY MCCALLIN, in her individual and official capacity,
BARBARA MCDONNELL, in her individual capacity,
CINDY HESSE, in her individual capacity, and
KRISTIN CORASH, in her individual capacity,

    Defendants.

## ORDER TO AMEND CAPTION

Upon consideration the Unopposed Motion to Amend Caption is granted and it is hereby,

ORDERED that the caption shall be amended to correctly identify Defendant, Cindy Hesse.

DATED this 12th day of June, 2009.

BY THE COURT

_____
UNITED STATES DISTRICT JUDGE