IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02051-RPM

BOBBY WILLIAMS,

    Plaintiff,

v.

NANCY McCALLIN, in her individual and official capacity,
BARBARA McDONNELL, in her individual capacity,
CINDY HESSE, in her individual capacity, and
KRISTIN CORASH, in her individual capacity,

    Defendants.

---

ORDER SETTING TRIAL DATE

---

Pursuant to the Calendar Call today, it is

ORDERED that this matter is set for trial to jury on **January 25, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: October 2nd, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge