IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: July 20, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-02051-RPM

BOBBY WILLIAMS,                                                                               Kevin C. Flesch

     Plaintiff,
v.

NANCY McCALLIN, in her individual and official capacity,         Douglas J. Cox
BARBARA McDONNELL, in her individual capacity,
CINDY HESSE, in her individual capacity and
KRISTIN CORASH, in her individual capacity,

     Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**9:59 a.m.**     **Court in session.**

Court's preliminary remarks and states its understanding of the case.

10:07 a.m.     Argument by Mr. Cox.
10:28 a.m.     Argument by Mr. Flesch.
10:37 a.m.     Rebuttal argument by Mr. Cox.

**ORDERED:**     **Defendants' Motion for Summary Judgment, filed November 11, 2009 [32], is taken under advisement.**

**10:41 a.m.**     **Court in recess.**

Hearing concluded. Total time: 42 min.